# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

AL HAMMAN,

        Plaintiff,

v.                                           Case No:   6:25-cv-2102-AGM-LHP

UNIVERSITY OF CENTRAL
FLORIDA BOARD OF TRUSTEES,

        Defendant

---

## ORDER

This cause comes before the Court following a Case Management Conference pursuant to the Inexpensive Determination, Efficient, and Abbreviated Litigation (IDEAL) Program, held today. Doc. Nos. 5, 9, 11, 13, 15. As discussed with the parties at the Conference, it is **ORDERED** as follows:

    1. Plaintiff's oral request to receive case notifications via email (Doc. No. 14) is **GRANTED**. *See Moore v. Adventist Health Sys. Sunbelt Healthcare Corp.*, No. 6:23-cv-1163-PGB-DCI, 2023 WL 4947933, at *1 (M.D. Fla. Aug. 3, 2023). The Clerk of Court is directed to add Plaintiff's email address, al@hamman.net, to CM/ECF and ensure that Plaintiff receives Notices of Electronic Filings. The Court also notes Plaintiff's consent at today's hearing to service by email of all court

documents from Defendant going forward. *See* Fed. R. Civ. P. 5(b)(2)(E), (F). Plaintiff must still file all documents with the Court via U.S. Mail or hand delivery.

2. Within **seven (7) days** of the date of this Order, the parties shall either file a fully executed Stipulated Consent to the IDEAL Program and Magistrate Judge Authority signed by all parties (unilateral consents should not be filed) or submit the standard Case Management Report. *See* Doc. No. 5 ¶ 4.

3. The deadline for Plaintiff to respond to Respondent's Partially Unopposed Motion for a More Definite Statement (Doc. No. 8) is extended up to and including **January 5, 2026**. Plaintiff is reminded that failure to respond by this deadline will result in the motion being deemed unopposed in all respects.

**DONE** and **ORDERED** in Orlando, Florida on December 15, 2025.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties